Steiner, striking name from the roll of attorneys, and directing him to make restitution to four individuals in the total amount of $43,255, pursuant to Judiciary Law § 90 (6-a). Present—Centra, J.P., Peradotto, Lindley, Curran and Winslow, JJ. (Filed Oct. 24, 2017.)

■ In the Matter of THOMAS J. FENDICK, an Attorney. [63 NYS3d 294]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Centra, J.P., Peradotto, Lindley, Curran and Winslow, JJ. (Filed Oct. 25, 2017.)

■ In the Matter of JACQUELINE B. JONES, an Attorney. [63 NYS3d 295]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Centra, J.P., Peradotto, Lindley, Curran and Winslow, JJ. (Filed Oct. 25, 2017.)

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A AND 22 NYCRR 118.1. ATTORNEY GRIEVANCE COMMITTEES FOR THE FOURTH JUDICIAL DEPARTMENT, Petitioner; JANE DRISCOLL KELSEY, Respondent. [63 NYS3d 295]—Order entered vacating order of suspension, entered September 26, 2017, and removing name from roll of attorneys for non-disciplinary reasons. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Oct. 5, 2017.)

■ In the Matter of AMY VICHINSKY, an Attorney. [63 NYS3d 290]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Centra, J.P., Peradotto, Lindley, Curran and Winslow, JJ. (Filed Oct. 25, 2017.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY AYRHART, Appellant. [63 NYS3d 283]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Lindley, Curran and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO JONES, Also Known as ANTONIO STEELE, Appellant. [63 NYS3d 916]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS WORTH, Appellant. [63 NYS3d 285]—Motion for leave to renew and for other relief denied. Present—Whalen, P.J., Centra, Carni, DeJoseph and NeMoyer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN T. SMITH, Appellant. [63 NYS3d 286]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Peradotto, Carni and Curran, JJ.